# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Dale Joseph Burke, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| North Dakota Department of Correction | ) Case No. 1:12-cv-131 |
| and Rehabilitation, et. al., | ) |
| | ) |
| Defendants. | ) |

The plaintiff, Dale Burke ("Burke"), is an inmate at the North Dakota State Penitentiary ("NDSP") in Bismarck North Dakota. On October 9, 2012, he filed a *pro se* complaint asserting sixty-one claims against Jason Bankston and eighteen other defendants.[1] On October 15, 2012, he filed a "supplemental complaint" asserting an additional seven claims.

On November 1, 2012, the plaintiff, Dale Joseph Burke ("Burke"), filed a "Motion to Add Entire Record of <u>Bankston v. Chertoff</u> 460 F. Supp. 2d 1074 (N.D. 2006), Held by the Clerk of Court in the Above Stated Jurisdiction." (Docket No. 9) (errors in original).[2] He seeks to incorporate "said record in the above stated cause to be used as evidentiary purposes to impeach, show low moral character, and the lack of credability for Jason Michael Bankston a defendant in this action and a plaintiff in the action which plaintiff moves the court to enter into this record." (<u>Id.</u>) (errors in original).

---

[1] Burke's pleadings asserts the following two claim against Bankston: (1) that pink shearing scissors Bankston carries on his person pose a safety risk to inmates and staff; and (2) that Bankston himself poses a safety to inmates and staff by virtue of his lack of education, experience, and training. (Docket No. 2).

[2] In <u>Bankston v. Chertoff</u>, 460 F. Supp. 2d 1074 (N.D. 2006), plaintiff asserted, inter alia, claims of wrongful termination and violations of the Whistleblower Protection Act.

Burke's motion (Docket No. 9) lacks merit and is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge
