**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Dale Joseph Burke, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| vs. | ) | **AND RECOMMENDATION** |
| | ) | |
| North Dakota Department of Correction | ) | Case No. 1:12-cv-131 |
| and Rehabilitation, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is Plaintiff Dale Joseph Burke's "Motion for Preliminary Injunction."

filed on February 12, 2014.  See Docket No. 59.  The matter was referred to Magistrate Judge

Charles S. Miller for the issuance of a Report and Recommendation.  The Defendants filed a

response in opposition to the motion on February 26, 2014.  See Docket No. 63.  The Plaintiff

filed a reply brief on March 6, 2014.  See Docket No. 68.  On March 18, 2014, Judge Miller

issued a Report and Recommendation wherein he recommended that Burke's motion be denied.

Both parties were given fourteen (14) days to object to the Report and Recommendation.  On

March 27, 2014, Burke filed an objection to the Report and Recommendation.  See Docket No.

72.

In his motion, the Plaintiff contends a preliminary injunction is necessary because the

Defendants are not providing him adequate treatment for his acid reflux disease.  The

Defendants respond that the medication the Plaintiff takes to control his acid reflux is not a life

sustaining drug as the Plaintiff suggests and is available over-the-counter in the prison

commissary.  Nevertheless, it appears the Defendant was given a prescription for the medication

in early February.  It is clear the Plaintiff cannot show irreparable harm or a likelihood of

success on the merits.  A preliminary injunction is not warranted.

The Court has carefully reviewed the Report and Recommendations, relevant case law, and the entire record, and finds the Report and Recommendations to be persuasive. Accordingly, the Court **ADOPTS** both Report and Recommendation (Docket No. 70) in its entirety and **DENIES** Burke's requests for a preliminary injunction. (Docket No. 59).

**IT IS SO ORDERED.**

Dated this 30th day of July, 2014.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court